# EXHIBIT A

# CLAIM CHART

| Claim 4 | FEDEX CORPORATION |
|---|---|
| 4. A method for providing wireless telecommunication services to mobile devices, the method comprising: | FedEx Corporation ("FedEx" or "Defendant"), using the FedEx App ("Accused Product") performs and/or instructs its customers to perform a method for providing wireless telecommunication services to mobile devices.<br><br>The FedEx App provides a "Locations" feature to find a FedEx location near to a user. The FedEx App uses the device's location services to show nearby FedEx locations, including drop boxes, offices, and authorized ship centers.<br><br>**[FEDEX APP]**<br><br> |

**Exhibit A – U.S. Patent No. 7,532,899 – Claim 4 – Evidence of Use**

| | **[FEDEX APP – APP PREFERENCES / LOCATION SERVICES]**  |
| --- | --- |

Exhibit A – U.S. Patent No. 7,532,899 – Claim 4 – Evidence of Use

**[FEDEX APP – LOCATIONS FEATURE]**



[Source: Screenshots taken from FedEx App, running on iPhone]

Page 3

| | |
|---|---|
| **receiving a command from a user's mobile device to locate points of interest near to a location of the user's mobile device, wherein each of the points of interest are associated with one of two or more different and user-identified point of interest categories;** | FedEx, using the Accused Product, performs the step of receiving a command from a user's mobile device to locate points of interest near to a location of the user's mobile device, wherein each of the points of interest are associated with one of two or more different and user-identified point of interest categories.<br><br>For example, when a user searches for FedEx locations at the "Locations" option of the FedEx App, FedEx's server receives a command to locate FedEx locations ("point of interest") near a location of the smartphone ("location of the mobile device") as FedEx provides results on a list-view with results arranged in ascending order of the distance (meaning that the closest is on top of the result set) of the location w.r.t. the current location of the mobile device.<br><br>Further, each FedEx location in the result set is associated with one of categories, of two or more categories selected by the user via the filter options (e.g., "Get a shipping label," "Drop labeled package at staffed location," "Get packaging services," "Hold at Location," "Find a FedEx Drop Box").<br><br>**[FEDEX APP – IOS VERSION]**<br><br> |

**Exhibit A – U.S. Patent No. 7,532,899 – Claim 4 – Evidence of Use**



**Exhibit A – U.S. Patent No. 7,532,899 – Claim 4 – Evidence of Use**



Page 6

Exhibit A – U.S. Patent No. 7,532,899 – Claim 4 – Evidence of Use



Page 7

**Exhibit A – U.S. Patent No. 7,532,899 – Claim 4 – Evidence of Use**



[Source: Screenshots taken from FedEx App, running on iPhone]

| **automatically determining the location of the user's mobile device;** | FedEx, using the Accused Product, performs the step of automatically determining the location of the user's mobile device. |
|---|---|

Page 8

FedEx automatically determines the precise-location/current-location of the user's smartphone ("mobile device"). The FedEx App prompts the user to allow location access, stating "We will use your location to show you nearby FedEx locations," and uses that location to display nearby results.

**[FEDEX APP – IOS VERSION]**





[Source: Screenshots taken from FedEx App, running on iPhone]

| | |
|---|---|
| **based at least in part on the determined location, automatically providing to the user's mobile device a list of points of interest, wherein the list substantially simultaneously presents at least one point of interest for at least some of the different and user-identified point of interest categories, and wherein the list of** | FedEx, using the Accused Product, performs the step of, based at least in part on the determined location, automatically providing to the user's mobile device a list of points of interest, wherein the list substantially simultaneously presents at least one point of interest for at least some of the different and user-identified point of interest categories, and wherein the list of points of interest represent points of interest that are geographically closest to the location of the user's mobile device.<br><br>FedEx provides a list view of FedEx locations ("list of point of interests") to the user's smartphone ("mobile device") based on the location of the mobile device (as FedEx provides results that are geographically closest to the location of the user's mobile device with details such as distance from current location) after user applies the |

| | |
|---|---|
| **points of interest represent points of interest that are geographically closest to the location of the user's mobile device;** | filters ("point of interest categories"). Further, the results ("list") includes FedEx locations from the user-identified point of interest categories (filters selected by user such as "Get a shipping label," "Hold at Location") and also related to some different categories (some different categories such as "Drop labeled package at staffed location," "Get packaging services," "Find a FedEx Drop Box").<br><br>**[FEDEX APP – IOS VERSION]**<br><br> |

**Exhibit A – U.S. Patent No. 7,532,899 – Claim 4 – Evidence of Use**



Page 12



[Source: Screenshots taken from FedEx App, running on iPhone]

| | |
|---|---|
| **receiving input from the user's mobile device; and** | FedEx, using the Accused Product, performs the step of receiving input from the user's mobile device. |
| | FedEx receives a user input, when a user interacts with the map view (e.g., searches a different area using "SEARCH THIS AREA" button or zooms out on the map view) on the result set presented to the user's mobile device. |
| | **[FEDEX APP – IOS VERSION]** |
| |  |
| | [Source: Screenshots taken from FedEx App, running on iPhone] |

| | |
|---|---|
| **providing a next-closer list of points of interest, wherein the next-closer list substantially simultaneously presents at least one point of interest for at least some of the different and user-identified point of interest categories that are geographically next closest to the location of the user's mobile device than points of interest in the list of points of interest.** | FedEx, using the Accused Product, performs the step of providing a next-closer list of points of interest, wherein the next-closer list substantially simultaneously presents at least one point of interest for at least some of the different and user-identified point of interest categories that are geographically next closest to the location of the user's mobile device than points of interest in the list of points of interest.<br><br>After the user searches a wider area or zooms out, FedEx provides a next-closer list of FedEx locations ("point of interest") that covers a broader geographic area/distance. Further, the next-closer results ("list") includes FedEx locations which are not presented in the previous results ("list"), and are from the user-identified point of interest categories (filters selected by user such as "Get a shipping label," "Hold at Location") and also related to some different categories (some different categories such as "Get packaging services," "Find a FedEx Drop Box").<br><br>**[FEDEX APP – IOS VERSION]**<br><br> |

**Exhibit A – U.S. Patent No. 7,532,899 – Claim 4 – Evidence of Use**



[Source: Screenshots taken from FedEx App, running on iPhone]