# EXHIBIT B

| Claim 1 | FEDEX CORPORATION |
|---|---|
| **1. A method for providing wireless telecommunication services, the method comprising:** | FedEx Corporation ("FedEx" or "Defendant"), using the FedEx App ("Accused Product") performs and/or instructs its customers to perform a method for providing wireless telecommunication services.<br><br>The FedEx App provides a "Locations" feature to find a FedEx location near to a user. The FedEx App uses the device's location services to show nearby FedEx locations, including drop boxes, offices, and authorized ship centers.<br><br>**[FEDEX APP]**<br><br> |

Case 2:26-cv-00636   Document 1-4   Filed 07/29/26   Page 3 of 18 PageID #: 42

Page |B-2

| | |
|---|---|
| | **[FEDEX APP – APP PREFERENCES / LOCATION SERVICES]**<br><br><br><br>**[FEDEX APP – LOCATIONS FEATURE]** |

Exhibit B – U.S. Patent No. 8,774,834 – Claim 1 – Evidence of Use



Page 3



[Source: Screenshots taken from FedEx App, running on iPhone]

| | |
|---|---|
| **receiving, from a mobile device, a request to identify points of interest near a location of the mobile device,** | FedEx, using the Accused Product, performs the step of receiving, from a mobile device, a request to identify points of interest near a location of the mobile device, wherein the request comprises a plurality of letters. |

Case 2:26-cv-00636    Document 1-4    Filed 07/29/26    Page 6 of 18 PageID #:  45

| wherein the request comprises a plurality of letters; | For example, when a user searches for "hallsville" ("request includes plurality of letters") at the "Locations" option of the FedEx App, FedEx's server receives a request to identify FedEx locations ("point of interest") near a location of the smartphone ("location of the mobile device"). The FedEx App provides autocomplete suggestions such as "Hallsville TX, USA," "Hallsville MO, USA," "Hallsville OH, USA," and "Hallsville IL, USA" based on the plurality of letters entered by the user.<br><br>**[FEDEX APP – IOS VERSION]**<br><br> |

Page |B-5

Page 5

**Exhibit B – U.S. Patent No. 8,774,834 – Claim 1 – Evidence of Use**



**Exhibit B – U.S. Patent No. 8,774,834 – Claim 1 – Evidence of Use**



Page |B-7





[Source: Screenshots taken from FedEx App, running on iPhone]

| | |
|---|---|
| **determining the location of the mobile device;** | FedEx, using the Accused Product, performs the step of determining the location of the mobile device.<br><br>For example, FedEx App determines the precise-location/current location of the user's smartphone ("mobile device"). The FedEx App prompts the user to allow location access, stating "We will use your location to show you nearby FedEx locations," and uses that location to display nearby results.<br><br>**[FEDEX APP – IOS VERSION]**<br><br> |



[Source: Screenshots taken from FedEx App, running on iPhone]

| | |
|---|---|
| **determining a point of interest having a name comprising a first portion, the first portion comprising the plurality of letters;  transmitting the name of the point of interest to the mobile device;** | FedEx, using the Accused Product, performs the step of determining a point of interest having a name comprising a first portion, the first portion comprising the plurality of letters and transmitting the name of the point of interest to the mobile device. |

For example, FedEx determines "FedEx at Dollar General," "FedEx Authorized ShipCenter Ship Hallsville," and "Alliance Auto Auction - Outside" ("point of interest") having names which include the search term entered by the user ("Plurality of Letters"). Further, FedEx provides a map view of the FedEx locations, where the location is marked on the map view and basic information (name, distance, type of location, operating hours, services, etc.) is displayed to the user's smartphone ("mobile device").

**[FEDEX APP – IOS VERSION]**





[Source: Screenshots taken from FedEx App, running on iPhone]

| | |
|---|---|
| **receiving, from the mobile device, an indication of a selection of the name of the point of interest;** | FedEx, using the Accused Product, performs the step of receiving, from the mobile device, an indication of a selection of the name of the point of interest. |

For example, when a user clicks on the name of a FedEx location ("Point of interest") in list view or the location marker on the map view, the FedEx App receives an indication of selection of that location to further provide details of that FedEx location.

**[FEDEX APP – IOS VERSION]**





[Source: Screenshots taken from FedEx App, running on iPhone]

| | |
|---|---|
| **determining point of interest data associated with the point of interest; and transmitting the point of interest data associated with the point of interest to the mobile device.** | FedEx, using the Accused Product, performs the step of determining point of interest data associated with the point of interest, and transmitting the point of interest data associated with the point of interest to the mobile device. <br><br> For example, after the selection of a specific FedEx location by the user, FedEx provides additional information such as service hours, latest pickup times, services available (e.g., "Packing and Supplies," "Packaging"), address, and distance ("point of interest data") of that location to the user's smartphone ("mobile device"). Additionally, the user can select any location from the map view to see the location information. <br><br> **[FEDEX APP – IOS VERSION]** <br><br>  |

**Exhibit B – U.S. Patent No. 8,774,834 – Claim 1 – Evidence of Use**



[Source: Screenshots taken from FedEx App, running on iPhone]

Page 17